**NJID 792238**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>　　ANTHONY OTTILIO A/K/A<br>　　ANTHONY V. OTTILIO<br><br>　　Debtor(s) | : CHAPTER 11<br><br>: CASE NO.  17-15942-MBK<br><br>: **NOTICE OF MOTION FOR**<br>: **RELIEF FROM**<br>: **STAY** |

ANTHONY OTTILIO A/K/A ANTHONY
V. OTTILIO
511 PASSAIC AVENUE
SPRING LAKE, NJ 07762

KENNETH J. ROSELLINI, ESQUIRE
636A VAN HOUTEN AVENUE
CLIFTON, NJ 07013

ANDREA DOBIN
TRENK DIPASQUALE
427 RIVERVIEW PLAZA
TRENTON, NJ 08611

U.S TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

MICHELE M. DUDAS
TRENK,DIPASQUALE,DELLA FERA &
SODONO
347 MT. PLEASANT AVENUE
SUITE 300
WEST ORANGE, NJ 07052

        BENJAMIN TEICH
        OFFICE OF THE UNITED STATES TRUSTEE
        ONE NEWARK CENTER
        SUITE 2100
        NEWARK, NJ 07102

     PLEASE TAKE NOTICE that on 11/06/2017, at 10:00 AM or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, TRENTON, NJ 08608, New Jersey for an Order Vacating the Automatic Stay, with respect to property located at 511 PASSAIC AVENUE, SPRING LAKE, NJ 07762 and allowing the Attorney for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST to proceed with contractual remedies or other remedies that may be available under state law.

     **PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: September 20, 2017

        /s/ James P. Shay
        James P. Shay, Esq.
        Phelan Hallinan Diamond & Jones, PC
        400 Fellowship Road, Suite 100
        Mt. Laurel, NJ 08054
        Tel: 856-813-5500 Ext. 41326
        Fax: 856-813-5501
        Email: james.shay@phelanhallinan.com