**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for City of Paterson (57842-10)

*BY:*     /s/ Francis J. Ballak
          *FRANCIS J. BALLAK, ESQ. (FJB2746)*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| | : | CASE NO. 17-15942 |
| **ANTHONY OTTILIO**, | : | |
| | : | |
| *Debtor.* | : | JUDGE: Hon. Michael B. Kaplan |

## NOTICE OF MOTION TO FOR RELIEF FROM AUTOMATIC STAY

**TO:**

Kenneth J. Rosellini
636A Van Houten Avenue
Clifton, NJ 07013
*Attorney for Debtors*

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Andrea Dobin,
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Ch. 7 Trustee*

Anthony Ottilio
511 Passaic Ave
Spring Lake, NJ 07762
*Debto*

Stuart Gold
Mandelbaum Salsburg et. al.
155 Prospect Avenue
West Orange, NJ 07052
*Creditor – Valley National Bank*

Sherri Jennifer Smith
Phelan, Hallinan, Diamond & Jones
400 Fellowship Road
Mt. Laurel, NJ 08054
*Creditor - U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF8 MASTER PARTICIPATION TRUST BY
CALIBER HOME LOANS, INC.*

| | |
|---|---|
| Andrew L. Spivack<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt. Laurel, NJ 08054<br>*Creditor - U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST* | Richard James Tracy, III<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, NJ 07302<br>*Creditor – T.D. Bank, N.A.* |
| Allen J. Underwood, II<br>Becker, Meisel LLC<br>Eisenhower Plaza II<br>354 Eisenhower Pkwy., Suite 1500<br>Livingston, NJ 07039<br>*Creditor – Guadalupe Fressie & Bascom Corporation* | City of Paterson<br>c/o Kathleen Gibson, CTC<br>155 Market Street<br>Paterson, NJ 07505<br>*Creditor* |

**PLEASE TAKE NOTICE** that on **Tuesday, December 17, 2018,** at **10:00 a.m.** in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for the City of Paterson shall move before the United States Bankruptcy Court, at 402 E. State Street, Trenton, New Jersey 08608, before the Honorable Michael B. Kaplan, U.S.B.J. for an Order granting relief from the automatic stay pursuant to 11 U.S.C. §§362(d)(1).

Movant shall rely upon the Statement of Counsel with attached Exhibits.

Movant requests oral argument in the event opposition is filed.

**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
Attorneys for City of Paterson

/s/ Francis J. Ballak
*FRANCIS J. BALLAK, ESQ. (FJB2746)*

Dated: November 20, 2018